UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FUNDERZ GROUP, LLC<br>DBA MONETAFI | Plaintiff, | |
| vs. | | CASE NO. 3:25-cv-1114 |
| SOLOGISTICS, LLC;<br>SOLOGISTICS, INC.; AND<br>DAVID DESVERNEY | | JULY 14, 2025 |
| | Defendants. | |

## NOTICE OF REMOVAL

To:   Clerk of Court, United States District Court for the District of Connecticut, 141 Church Street, New Haven, CT 06510; and Plaintiff FUNDERZ GROUP, LLC d/b/a/ MONETAFI (hereinafter "Plaintiff" or "Monetafi") by and through their attorney of record, James Trudell of Hassett & George, P.C., 945 Hopmeadow Street, Simsbury, CT 06070.

  Please take notice that Defendant Sologsitics, LLC; Sologistics, Inc. and David Desverney (collectively "Sologistics" or "Defendants"),  hereby remove this action to the United States District Court for the District of Connecticut by filing this Notice of Removal under 28 U.S.C. § 1331, 1441, and 1446(a) based upon the following grounds:

### PROCEDURAL HISTORY

1. According to the filed return of service, on June 16, 2025, Sologistics was served by Plaintiff with copies of a Writ, Summons-Civil, Complaint, Statement Regarding Amount in Demand, from Monetafi. The Complaint is captioned *Funderz Group, LLC DBA Monetafi v. Sologistics, LLC, Sologistics, Inc. and David Jr. Desverney.* for the Connecticut Superior Court, Judicial District of Stamford/Norwalk at Stamford.

2. On June 17, 2025 the Summons and Complaint were returned to Connecticut Superior Court along with a Return of Service.

3. On July 8, 2025, the undersigned filed an appearance on behalf of the Defendants along with an Answer, Special Defenses, and Counterclaim.

4. Pursuant to 28 U.S.C. § 1446(a), the entire record as it exists to date, including copies of the Writ, Summons-Civil, Complaint, Statement Regarding Amount in Demand, Return of Service, Appearance of Nathan C. Zezula, and Answer, Special Defense and Counterclaim is attached hereto as Exhibit A.

## FEDERAL QUESTION JURISDICTION

5. Plaintiff filed its original Complaint in state court asserting claims for breach of contract, which are purely state law claims.

6. However, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the Defendants' Counterclaim asserts claims arising under the laws of the United States, specifically the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961 *et seq*.

7. The Counterclaim alleges violations of RICO, including substantive claims under 18 U.S.C. §§ 1962(b), 1962(c), and 1962(d), which are federal statutes. These claims provide a federal question within the meaning of 28 U.S.C. § 1331.

8. In addition, this Court has supplemental jurisdiction over the related state law claims in the Counterclaim pursuant to 28 U.S.C. § 1367, as those claims form part of the same case or controversy as the federal RICO claims.

## VENUE

9. The Connecticut Superior Court, Judicial District of Stamford/Norwalk at Stamford, is located within the United States District Court for the District of Connecticut.

10. This Notice of Removal is therefore properly filed in the United States District Court for the District of Connecticut, which is a proper venue under 28 U.S.C. § 1441(a).

**TIMELY AND PROPER NOTICE**

11. Sologistics has timely filed this Notice under 28 U.S.C. § 1446(b) within 30 days after Sologistics received the Writ, Summons and Complaint on June 16, 2025. *See* Return of Service, **Exhibit A**. The 30-day time period runs through July 16, 2025. Consequently, this Notice has been filed within 30 days after Sologistics received service of the Writ, Summons, and Verified Complaint on June 16, 2025.

12. Sologistics will promptly serve Plaintiff with a copy of this Notice of Removal and file a Notice of Filing of Notice of Removal with the Superior Court of Stamford/Norwalk at Stamford, State of Connecticut, as required by 28 U.S.C. § 1446(d).

**CONSENT**

13. All Defendants in this action are represented by the undersigned and have consented to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(a).

**RESERVATION OF RIGHTS**

14. If any question arises as to the propriety of the removal of this action, CRS requests the opportunity to brief any disputed issues and to present oral argument in support of its position that this case is properly removable.

**CONCLUSION**

15. Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants remove this action to the United States District Court for the District of Connecticut, and request that all further proceedings be held before this Court.

   Respectfully Submitted,
*Defendants*

By: <u>/s/  Nathan Zezula</u>
    Nathan C. Zezula (ct27936)
    Mott Zezula LLC
    750 East Main Street
    6th Floor
    Stamford, CT 06902
    (203) 408-6500 (tel.)
    (203) 724-4179 (fax)

**CERTIFICATION OF SERVICE**

I hereby certify that on July 14, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

> James Trudell
> Hassett & George, P.C.
> 945 Hopmeadow Street
> Simsbury, CT 06070

\_\_\_/s/ Nathan Zezula\_\_
Nathan C. Zezula